| | |
|---|---|
| 1 | John V. Picone III, Bar No. 187226 |
|   | jpicone@hopkinscarley.com |
| 2 | Gary H. Ritchey, Bar No. 136209 |
|   | gritchey@hopkinscarley.com |
| 3 | Jennifer S. Coleman, Bar No. 213210 |
|   | jcoleman@hopkinscarley.com |
| 4 | HOPKINS & CARLEY |
|   | A Law Corporation |
| 5 | The Letitia Building |
|   | 70 South First Street |
| 6 | San Jose, CA  95113-2406 |
| 7 | *mailing address:* |
|   | P.O. Box 1469 |
| 8 | San Jose, CA 95109-1469 |
|   | Telephone:   (408) 286-9800 |
| 9 | Facsimile:   (408) 998-4790 |
| 10 | Attorneys for Defendant |
|    | CHECKPOINT TECHNOLOGIES, LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DCG SYSTEMS, INC., | CASE NO.  CV 11 3792 PSG |
| Plaintiff, | **STIPULATION AND [------------------]** |
| v. | **ORDER** |
| CHECKPOINT TECHNOLOGIES, LLC, | |
| Defendant. | |

731\865470.4

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE

STIPULATION AND [PROPOSED] ORDER                                                                                                    CV 11 3792 PSG

1  Pursuant to Civil Local Rules 6-2, 7-12, and 16-2(e), this Stipulation for Defendant
2  Checkpoint Technologies, LLC, to continue the Case Management Conference (the "Stipulation")
3  is made by and between Defendant Checkpoint Technologies, LLC ("Checkpoint"), and Plaintiff
4  DCG Systems, Inc. ("DCG"). The purpose of continuing the CMC is to allow the parties an
5  opportunity to meet and confer between the time Checkpoint's answer is filed and the date on
6  which the case management statement is due (see Order Setting Initial Case management
7  Conference And ADR Deadlines filed in the above-captioned matter on August 2, 2011 ("CMC
8  Order")).
9  DCG's Complaint was filed and served on August 2, 2011. Checkpoint's answer to the
10  Complaint is currently due August 23, 2011and a Case Management Conference ("CMC") is
11  scheduled for October 18, 2011. The CMC Order sets forth the following dates and deadlines
12  that flow from the date of the CMC: September 27, 2011 (the last day to meet and confer re initial
13  disclosures, etc.), and October 11, 2011 (the last day to file Rule 26(f) Report, etc).
14  DCG and Checkpoint's counsel have agreed, pursuant to a separate stipulation, to extend
15  the deadline by which Checkpoint must file a responsive pleading to the Complaint up to and
16  including October 7, 2011. Should the CMC remain as currently scheduled, the September 27,
17  2011 deadline requiring the parties to meet and confer regarding: i) initial disclosures; ii) early
18  settlement; iii) ADR process selection; iv) discovery plan; v) file an ADR Certification; and
19  vi) file either a Stipulation to ADR Process or Notice of Need for ADR Phone Conference would
20  occur prior to Checkpoint's filing of a responsive pleading to the Complaint. In order to give
21  counsel for both parties adequate time to prepare for the deadlines that must be met pursuant to
22  the CMC Order, counsel have stipulated to continue the CMC to November 1, 2011, and request
23  that the Court grant this requested continuance pursuant to United States District Court, Northern
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

District Local Rule 16-2(e).  Counsel for the parties do not anticipate that the continuance of the CMC will have any effect with respect to scheduling other dates and deadlines for the case.

Dated: August 15, 2011              HOPKINS & CARLEY
                                    A Law Corporation


                                    By: /s/ John V. Picone III
                                        John V. Picone III
                                        Attorneys for Defendant
                                        CHECKPOINT TECHNOLOGIES, LLC

Dated: August 15, 2011              O'MELVENY & MYERS LLP


                                    By: /s/ Mark E. Miller
                                        Mark E. Miller
                                        Attorneys for Plaintiff
                                        DCG SYSTEMS, INC.


### ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.


Dated: August _ 19 _, 2011          /s/ Paul S. Grewal
                                    THE HONORABLE MAGISTRATE JUDGE
                                    PAUL S. GREWAL