John V. Picone III, Bar No. 187226
jpicone@hopkinscarley.com
Gary H. Ritchey, Bar No. 136209
gritchey@hopkinscarley.com
Jennifer S. Coleman, Bar No. 213210
jcoleman@hopkinscarley.com
HOPKINS & CARLEY
A Law Corporation
The Letitia Building
70 South First Street
San Jose, CA  95113-2406

*mailing address:*
P.O. Box 1469
San Jose, CA 95109-1469
Telephone:    (408) 286-9800
Facsimile:    (408) 998-4790

Attorneys for Defendant
CHECKPOINT TECHNOLOGIES, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DCG SYSTEMS, INC., | CASE NO.  CV 11 3792 PSG |
| Plaintiff, | **STIPULATION AND** \|XXXXXXXXXXXXX **ORDER** |
| v. | |
| CHECKPOINT TECHNOLOGIES, LLC, | |
| Defendant. | |

1    Pursuant to Civil Local Rules 6-2, 7-12, and 16-2(e), this Stipulation for Defendant
2    Checkpoint Technologies, LLC, to continue the Case Management Conference (the "Stipulation")
3    is made by and between Defendant Checkpoint Technologies, LLC ("Checkpoint"), and Plaintiff
4    DCG Systems, Inc. ("DCG").  The purpose of continuing the CMC is to allow the parties an
5    opportunity to meet and confer between the time Checkpoint's answer is filed and the date on
6    which the case management statement is due (see Order Setting Initial Case management
7    Conference And ADR Deadlines filed in the above-captioned matter on August 2, 2011 ("CMC
8    Order")).
9    DCG's Complaint was filed and served on August 2, 2011.  Checkpoint's answer to the
10   Complaint is currently due August 23, 2011and a Case Management Conference ("CMC") is
11   scheduled for October 18, 2011.  The CMC Order sets forth the following dates and deadlines
12   that flow from the date of the CMC: September 27, 2011 (the last day to meet and confer re initial
13   disclosures, etc.), and October 11, 2011 (the last day to file Rule 26(f) Report, etc).
14   DCG  and Checkpoint's counsel have agreed, pursuant to a separate stipulation, to extend
15   the deadline by which Checkpoint must file a responsive pleading to the Complaint up to and
16   including October 7, 2011.  Should the CMC remain as currently scheduled, the September 27,
17   2011 deadline requiring the parties to meet and confer regarding: i) initial disclosures; ii) early
18   settlement; iii) ADR process selection; iv) discovery plan; v) file an ADR Certification; and
19   vi) file either a Stipulation to ADR Process or Notice of Need for ADR Phone Conference would
20   occur prior to Checkpoint's filing of a responsive pleading to the Complaint.  In order to give
21   counsel for both parties adequate time to prepare for the deadlines that must be met pursuant to
22   the CMC Order, counsel have stipulated to continue the CMC to November 1, 2011, and request
23   that the Court grant this requested continuance pursuant to United States District Court, Northern
24   / / /
25   / / /
26   / / /
27   / / /
28   / / /

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE

731\865470.4

STIPULATION AND [PROPOSED] ORDER                                                    CV 11 3792 PSG

1  District Local Rule 16-2(e).  Counsel for the parties do not anticipate that the continuance of the

2  CMC will have any effect with respect to scheduling other dates and deadlines for the case.

3  Dated: August 15, 2011                HOPKINS & CARLEY
                                          A Law Corporation
4

5

                                           By: /s/ John V. Picone III
6                                               John V. Picone III
                                          Attorneys for Defendant
7                                         CHECKPOINT TECHNOLOGIES, LLC

8  Dated: August 15, 2011                O'MELVENY & MYERS LLP

9

10                                           By: /s/ Mark E. Miller

11                                              Mark E. Miller
                                          Attorneys for Plaintiff
12                                        DCG SYSTEMS, INC.

13

14                                **ORDER**

15      PURSUANT TO STIPULATION, IT IS SO ORDERED.

16
       September 14, 2011
17 Dated: XXXXXXXXX __, 2011            _____
                                          THE HONORABLE MAGISTRATE JUDGE
18                                         PAUL S. GREWAL

19

20

21

22

23

24

25

26

27

28

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE

731\865470.4                            - 2 -

STIPULATION AND [PROPOSED] ORDER                                      CV 11 3792 PSG