**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| DCG SYSTEMS, INC.,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CHECKPOINT TECHNOLOGIES, LLC,<br><br>　　　　　Defendant. | Case No. 5:11-cv-03792-PSG<br><br>[~~PROPOSED~~] **ORDER GRANTING JOINT ADMINISTRATIVE MOTION TO EXTEND TIME FOR INITIAL DISCLOSURES**<br><br>JUDGE:　HON. PAUL S. GREWAL |

　　Good cause appearing, and the parties having agreed to the proposed scheduling change, IT IS HEREBY ORDERED that the parties shall serve initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) on or before November 4, 2011.

Dated: October 11, 2011

　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　The Honorable Paul S. Grewal
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge