MARK E. MILLER (S.B. #130200) – markmiller@omm.com
MICHAEL SAPOZNIKOW (S.B. #242640) – msapoznikow@omm.com
ALEXANDER B. PARKER (S.B. #264705) – aparker@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111
Telephone:    (415) 984-8700
Facsimile:    (415) 984-8701

Attorneys for Plaintiff
DCG SYSTEMS, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| DCG SYSTEMS, INC., <br><br>               Plaintiff, <br><br>    v. <br><br> CHECKPOINT TECHNOLOGIES, LLC, <br><br>               Defendant. | Case No. 5:11-cv-03792-PSG <br><br> **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** <br><br> JUDGE:   HON. PAUL S. GREWAL |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.  Appeal from the judgment shall be taken directly to the United State Court of Appeals for the Ninth Circuit or the United State Court of Appeals for the Federal Circuit, as appropriate.

Dated:   October 25, 2011

MARK E. MILLER
MICHAEL SAPOZNIKOW
ALEXANDER B. PARKER
O'MELVENY & MYERS LLP

By:   */s/ Mark E. Miller*
         Mark E. Miller

Attorney for Plaintiff
DCG SYSTEMS, INC.

**FILER'S ATTESTATION**

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Mark E. Miller.

Dated:  October 25, 2011

By: */s/ Michael Sapoznikow*
      Michael Sapoznikow

Attorney for Plaintiff
DCG SYSTEMS, INC.