# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

Magistrate Judge Paul S. Grewal

Courtroom 5 - 4th Floor

## Civil Minute Order

Date: November 1, 2011                                   Time in Court: (24 minutes)

Courtroom Deputy Clerk: Oscar Rivera
Court Reporter/FTR: (FTR: 2:11 to 2:35)

**TITLE: DCG Systems, Inc. v. Checkpoint Technologies, LLC**
**CASE NUMBER**: CV11-03792 PSG
Plaintiff Attorney(s) present: Mark Miller and Michael Sapoznikow
Defendant Attorney(s) present: Gary Ritchey and Stephen Youtsey

### PROCEEDINGS
### Case Management Conference

Case management conference held.

Case management conference scheduling order to be issued.

///