UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DCG SYSTEMS, INC., ) | Case No.: C 11-03792 PSG |
| ) | |
| Plaintiff, ) | **CASE MANAGEMENT ORDER** |
| ) | |
| v. ) | |
| ) | |
| CHECKPOINT TECHNOLOGIES, LLC, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

On November 1, 2011, the parties appeared for a case management conference. Based on the parties' joint case management statement and the discussions held at the case management conference,

IT IS HEREBY ORDERED that the court adopts the parties' statement of disputed factual and legal issues as set forth in the joint case management statement.

IT IS FURTHER ORDERED that the deadline for joinder of any additional parties, or other amendments to the pleadings, is February 29, 2012.

IT IS FURTHER ORDERED that the following limits on discovery apply:

(1) Each party may take up to eighty hours of fact depositions (including Rule 30(b)(6) depositions and third-party depositions);

(2) Each party may serve up to 35 interrogatories;

(3) Each party may serve 75 requests for admissions on substantive issues but there will be no limits on requests for admissions related to the authentication of documents.

IT IS FURTHER ORDERED that the parties shall participate in private mediation.

IT IS FURTHER ORDERED that the following schedule shall apply to this case:

| Event | Date |
|---|---|
| Deadline to Comply with Civ. L.R. 16-8 and ADR L.R. 3-5 | Oct. 25, 2011 |
| Initial Case Management Conference | Nov. 1, 2011 |
| Last Day for Plaintiff's Disclosure of Asserted Claims and Infringement Contentions (Patent L.R. 3-1) and Related Documents (Patent L.R. 3-2) | Nov. 4, 2011 |
| Rule 26(a)(1)(A) initial disclosures | Nov. 4, 2011 |
| Last Day for Defendant's Invalidity Contentions (Patent L.R. 3-3) and Related Document Production (Patent L.R. 3-4) | Dec. 19, 2011 |
| Last Day for the Exchange of Proposed Terms and Claim Elements for Construction (Patent L.R. 4-1(a)) | Jan. 5, 2012 |
| Last Day for the Exchange of Preliminary Proposed Claim Construction and Extrinsic Evidence (Patent L.R. 4-2) | Jan. 26, 2012 |
| File Joint Claim Construction Statement (Patent L.R. 4-3)– limited to 10 terms unless leave of court granted | Feb. 16, 2012 |
| Deadline to Amend Pleadings other than Amendments | Feb. 29, 2012 |
| Deadline to serve Initial Privilege Logs | Feb. 29, 2012 |
| Completion of Claim Construction Discovery (Patent L.R. 4-4) | March 16, 2012 |
| Last Day for Plaintiff's Opening Claim Construction Brief (Patent L.R. 4-5(a)) | Mar. 20, 2012 |
| Last Day for Defendant's Opposing Claim Construction Brief (Patent L.R. 4-5(b)) | Apr. 17, 2012 |
| Last Day for Plaintiff's Reply Claim Construction Brief (Patent L.R. 4-5()) | May 10, 2012 |
| Tutorial | May 22, 2012 |
| Claims Construction Hearing | May 29, 2012 |
| Further Joint Case Management Report | within 30 days of claim construction ruling |
| Advice of Counsel Disclosure | 50 days after claim construction ruling |
| Fact Discovery Cutoff | Sept. 27, 2012 |
| Designation of Opening Experts with Reports | Oct. 18, 2012 |
| Designation of Rebuttal Experts with Reports | Nov. 15, 2012 |

Case No. 11-3792 PSG
CASE MANAGEMENT ORDER                2

| | |
|---|---|
| Expert Discovery Cutoff | Jan. 31, 2013 |
| Deadline(s) for Filing Discovery Motions | 7 days after close of fact discovery |
| Last Day for Dispositive Motion Hearing[1] | 10:00 a.m. on Mar. 7, 2013 |
| Final Pretrial Conference | 2:00 p.m. on August 27, 2013 |
| Trial | 9:30 a.m. on Sept. 9, 2013 |

IT IS FURTHER ORDERED that the parties shall comply with the Standing Order for Civil Practice in Cases Assigned for All Purposes to Magistrate Judge Paul S. Grewal (Dec. 2010), a copy of which is available from the Clerk of the Court,[2] with regard to the timing and content of the Joint Pretrial Statement, and all other pretrial submissions.

Dated: November 2, 2012

PAUL S. GREWAL
United States Magistrate Judge

---

[1] This is the last date for *hearing* dispositive motions. Any such motions must be noticed in compliance with Civil Local Rule 7-2(a).

[2] A copy of Judge Grewal's standing order is also available on the court's website at www.cand.uscourts.gov by clicking first on the "Judges" button, then on Judge Grewal's name, then on the link for "Magistrate Judge Grewal's Standing Orders," and finally on the link for "Judge Grewal's Civil Standing Order."

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28