John V. Picone III, Bar No. 187226
jpicone@hopkinscarley.com
Gary H. Ritchey, Bar No. 136209
gritchey@hopkinscarley.com
Jennifer S. Coleman, Bar No. 213210
jcoleman@hopkinscarley.com
HOPKINS & CARLEY
A Law Corporation
The Letitia Building
70 South First Street
San Jose, CA  95113-2406

*mailing address:*
P.O. Box 1469
San Jose, CA 95109-1469
Telephone:     (408) 286-9800
Facsimile:       (408) 998-4790

Attorneys for Defendant
CHECKPOINT TECHNOLOGIES, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DCG SYSTEMS, INC., | CASE NO.  CV 11 3792 PSG |
| Plaintiff and Cross-Defendant, | [PROPOSED] ORDER CHANGING TIME TO BRIEFING SCHEDULE OF CHECKPOINT TECHNOLOGIES, LLC'S MOTION TO COMPEL FURTHER RESPONSES TO FIRST SET OF INTERROGATORIES |
| v. | |
| CHECKPOINT TECHNOLOGIES, LLC, | |
| Defendant and Cross-Complainant. | |

Good cause appearing, and the parties having agreed to a modified briefing schedule for Checkpoint's Motion to Compel Further Responses to First Set of Interrogatories, IT IS HEREBY ORDERED THAT the following briefing schedule modification regarding Checkpoint's Motion to Compel will and hereby is adopted.

**Briefing Schedule Modifications**

Deadline for Checkpoint to file and serve Motion to Compel – August 20, 2012;

Deadline for DCG to oppose Checkpoint's Motion to Compel – August 27, 2012;

1   Deadline for Checkpoint to file a reply in support of its Motion to Compel – August 29,
2   2012; and
3   Hearing on Checkpoint's Motion to Compel – September 4, 2012 at 10:00 a.m.
4   IT IS SO ORDERED.

6   Dated: August __21__, 2012

_____
The Honorable Paul S. Grewal
United States Magistrate Judge